CAROLINE D. CIRAOLO
Acting Assistant Attorney General

HERBERT W. LINDER
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9754 or 880-9721
(214) 880-9741 [fax]
Herbert.W.Linder@USDOJ.gov

*Attorney for the United States*

*Of Counsel*
BENJAMIN WAGNER
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID PFLUM<br>PILOT ENTERPRISE, LLC,<br>FRIDAY HARBOR WY, LLC,<br>STATE OF CALIFORNIA FRANCHISE TAX BOARD,<br>EL DORADO COUNTY,<br>SAN JOAQUIN COUNTY,<br>CITY OF STOCKTON, and<br>PLUMAS COUNTY,<br><br>　　　　Defendants. | Case No. 2:15-cv-02659-MCE-CKD<br><br>**Order Dismissing With Prejudice Defendant Plumas County** |

- 1 -

*MOTION TO DISMISS PLUMAS COUNTY*

There is now before the court the United States of America motion to dismiss with prejudice the United States' claims against Plumas County and Count III of its Complaint.  Good cause having been shown, said motion is hereby GRANTED, and it is ORDERED:

The United States claims against Plumas County in this suit are dismissed with prejudice; and Count III is dismissed from this suit.

Dated:  April 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 2 -

*MOTION TO DISMISS PLUMAS COUNTY*