CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

HERBERT W. LINDER
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9754 or 880-9721
(214) 880-9741 [fax]
Herbert.W.Linder@USDOJ.gov

*Attorney for the United States*

*Of Counsel*
BENJAMIN WAGNER
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID PFLUM, PILOT ENTERPRISE, LLC, FRIDAY HARBOR WY, LLC, STATE OF CALIFORNIA FRANCHISE TAX BOARD, EL DORADO COUNTY, SAN JOAQUIN COUNTY, CITY OF STOCKTON, PLUMAS COUNTY, AMIR AHMED,**<br><br>Defendants. | Case No. 2:15-CV-02659-MCE-CKD<br><br>**STIPULATION REGARDING LIEN PRIORITY BY PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT STATE OF CALIFORNIA FRANCHISE TAX BOARD**<br><br><br>Judge:  The Hon. Morrison C. England, Jr.<br>Trial Date:     Not yet set<br>Action Filed:  December 23, 2015 |

Plaintiff United States of America and Defendant State of California Franchise Tax Board, through their respective counsel, hereby stipulate and agree as follows:

1

Stipulation by Plaintiff United States of America and Defendant State of California Franchise Tax Board Regarding Lien Priority  (2:15-CV-02659-MCE-CKD)

14774576.1

1. The remaining real properties that are the subject of this tax lien foreclosure action are 1274 Dedi Avenue, South Lake Tahoe, CA (1274 Dedi Property); and 1278 Dedi Avenue, South Lake Tahoe, CA (1278 Dedi Property).

2. The 1274 Dedi Property, APN 032-282-34-100, is fully described as follows:

> The land referred to herein below is situated in the City of South Lake Tahoe, County of El Dorado, State of California, and described as follows:
>
> Lot 85, Block 3, as shown on the Map of "Armstrong Subdivision No. 7" filed for record June 29, 1954 in Block "B" of Maps, Page 39, El Dorado County Records.

(Compl. ¶ 32.)

3. The 1278 Dedi Property, APN 032-282-343100, is fully described as follows:

> The land referred to herein below is situated in the City of South Lake Tahoe, County of El Dorado, State of California, and described as follows:
>
> Lot 84, Block 3, as shown on the Map of "Armstrong Subdivision No. 7" filed for record June 29, 1954 in Block "B" of Maps, Page 39, El Dorado County.

(Compl. ¶ 33.)

4. On May 16, 2013, the United States District Court for the District of Kansas entered a default judgment in favor of the USA against Pflum in the amount of $6,408,357.25 as of March 14, 2013, plus interest and statutory additions for his 1997-2007 federal income tax liabilities and his Form 941 tax liability for the fourth quarter of 1999. (J., ECF No. 21 [May 16, 2013], *United States v. David G. Pflum,* Case No. 5:12-cv-04115 [D. Kan.].)

5. On June 26, 2009, a Notice of Federal Tax Lien for Pflum's 1997 through 2007 federal income tax liabilities was filed in the El Dorado County, CA Recorder's Office.

6. On July 28, 2009, a nominee Notice of Federal Tax lien was filed in the El Dorado County, CA property records against Pilot Enterprise, LLC, as nominee of Pflum for his 1997 through 2007 federal income tax liabilities.

7. On September 2, 2008, and October 7, 2008, Notices of Federal Tax Lien for Pflum's Form 941 federal tax liabilities, was filed in the El Dorado County, CA Recorder's Office, respectively. Pflum has Form 941 federal tax liabilities in the amount of $509,920.95 as of 8/14/2016,

2

Stipulation by Plaintiff United States of America and Defendant State of California Franchise Tax Board Regarding Lien Priority  (2:15-CV-02659-MCE-CKD)

14774576.1

8.   On September 16, 2008, FTB made a tax assessment against taxpayer and defendant David Pflum in the amount of $69,861.34 based upon his failure to respond to FTB's Demands to File or Notice of Proposed Assessments for the 2004 tax year. Pflum's 2004 California tax liability arose from his sale of real property in California.

9.   FTB recorded a Notice of State Tax Lien against Pflum for the 2004 tax year on April 23, 2010, Certificate No. 1008333446 in El Dorado County.

10.   The United States and the State of California Franchise Tax Board hereby stipulate and agree that the sales proceeds of the 1274 Dedi Property, and 1278 Dedi Property shall be paid first to the United States in the amount of $509,920.95 plus interest and accruals from 8/14/2016, then to the State of California Franchise Tax Board in the amount of $68,322.57 plus interest and accruals from 10/21/2016, and then any remaining excess proceeds to the United States.

11.   This stipulation is to resolve the priority of liens at issue between the United States and State California Franchise Tax Board in this case.

3
Stipulation by Plaintiff United States of America and Defendant State of California Franchise Tax Board Regarding Lien Priority  (2:15-CV-02659-MCE-CKD)

14774576.1

12. Each party shall bear their own costs and attorneys fees.

                                                            Respectfully submitted,

                                                            KAMALA D. HARRIS
                                                            Attorney General of California
                                                            MOLLY K. MOSLEY
                                                            Supervising Deputy Attorney General

Dated: November 17, 2016                        /s/Jill Bowers
                                                           JILL BOWERS
                                                           Deputy Attorney General
                                                           *Attorneys for Defendant State of California*
                                                           *Franchise Tax Board*

                                                           CAROLINE D. CIRAOLO
                                                           Principal Deputy Assistant Attorney General

                                                           /s/Herbert W. Linder
                                                           HERBERT W. LINDER
                                                           Ohio Bar No. 0065446
                                                           Attorney, Tax Division
                                                           U.S. Department of Justice
                                                           *Attorneys for Plaintiff United States of America*

IT IS SO ORDERED.

Dated: December 5, 2016

                                                           MORRISON C. ENGLAND, JR
                                                           UNITED STATES DISTRICT JUDGE

4

Stipulation by Plaintiff United States of America and Defendant State of California Franchise Tax Board Regarding Lien Priority  (2:15-CV-02659-MCE-CKD)

14774576.1