1  DAVID A. HUBBERT
   Acting Assistant Attorney General

2

3  HERBERT W. LINDER
   U.S. Department of Justice
   717 N. Harwood, Suite 400

4  Dallas, Texas 75201
   (214) 880-9754 or 880-9721

5  (214) 880-9741 [fax]
   Herbert.W.Linder@USDOJ.gov

6

   *Attorney for the United States*

7

   *Of Counsel*

8  PHILLIP A. TALBERT
   Acting United States Attorney

9

10 *Attorneys for the United States of America*

11

                IN THE UNITED STATES DISTRICT COURT FOR THE
12                  EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,
                                          Case No. 2:15-CV-02659-MCE-CKD
14         Plaintiff,
                                          **Order Dismissing without prejudice**
15    v.                                  **San Joaquin County, City of Stockton**
                                          **and Amir Ahmed**
16 DAVID PFLUM
   PILOT ENTERPRISE, LLC,
17 FRIDAY HARBOR WY, LLC,
   STATE OF CALIFORNIA FRANCHISE TAX
18 BOARD,
   EL DORADO COUNTY,
19 SAN JOAQUIN COUNTY,
   CITY OF STOCKTON, and
20 AMIR AHMED,

21         Defendants.

22
          **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**
23

*ORDER GRANTING MOTION TO DISMISS SAN JOAQUIN COUNTY, CITY OF STOCKTON AND AMIR AHMED*

There is now before the court the United States of America motion to dismiss without prejudice the United States' claims against San Joaquin County, City of Stockton, Amir Ahmed and Count I of its Complaint. Good cause having been shown, said motion is hereby GRANTED, and it is ORDERED:

The United States claims against San Joaquin County, City of Stockton and Amir Ahmed in this suit are dismissed without prejudice; and Count I is dismissed from this suit.

IT IS SO ORDERED.

Dated: May 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*ORDER GRANTING MOTION TO DISMISS SAN JOAQUIN COUNTY, CITY OF STOCKTON AND AMIR AHMED*