DAVID A. HUBBERT
Deputy Assistant Attorney General

HERBERT W. LINDER
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9754 or 880-9721
(214) 880-9741 [fax]
Herbert.W.Linder@USDOJ.gov

*Attorney for the United States*

*Of Counsel*
PHILLIP A. TALBERT
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID PFLUM<br>PILOT ENTERPRISE, LLC,<br>FRIDAY HARBOR WY, LLC,<br>STATE OF CALIFORNIA FRANCHISE TAX BOARD,<br>EL DORADO COUNTY,<br>SAN JOAQUIN COUNTY, and<br>CITY OF STOCKTON.<br><br>    Defendants. | Case No. 2:15-CV-02659-MCE-CKD<br><br>**Order Extending Time to Vacate Dedi Properties to May 31, 2023.** |

### ORDER EXTENDING THE TIME TO VACATE THE PROPERTIES

Pending before the Court is the Motion for 60-Day Extension of Time to vacate by

Wendy Pierson, the United States' response thereto and the parties' agreement.  On April 13,

- 1 -

2023, the Court entered an Order of Sale, requiring all occupants of the properties located at 1274 Dedi Avenue, South Lake Tahoe, CA, and 1278 Dedi Avenue, South Lake Tahoe, CA, to vacate within 30 days.  Wendy Pierson and the United States have reached an agreement to extend the date by which she must vacate from May 13, 2023, to May 31, 2023.

The Court ORDERS as follows:

1.   From and after May 31, 2023, until the sale is confirmed, the Marshal or the IRS PALS are authorized to have free access to the properties located at 1274 Dedi Avenue, South Lake Tahoe, CA, and 1278 Dedi Avenue, South Lake Tahoe, CA, ("Dedi Properties"), and to take all actions necessary to preserve the Dedi Properties, including, but not limited to, retaining a locksmith or other person to change or install locks or other security devices on any part of the Dedi Properties.

2. Wendy Pierson, David Pflum or any person occupying the Dedi Properties with or without his permission, is hereby ordered to vacate the Dedi Properties no later than May 31, 2023.

3. All other aspects of the Order of Sale remain.

IT IS SO ORDERED.

Dated:  May 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE